IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| DEE GREGORY, ADMINISTRATOR OF THE ESTATE OF DENVER DENNIS GREGORY, DECEASED, )<br><br>Plaintiff, )<br><br>vs )<br><br>CIGNA GROUP INSURANCE, a foreign insurance company, qualified to do business in the State of Tennessee, )<br><br>Defendant. ) | No. 1:05CV1237 JDT/STA |

### ORDER

This matter having come on to be heard on Defendant's Motion to Dismiss and, after reviewing the Defendant's Motion and Memorandum, Response by the Plaintiff, and agreement of counsel,

IT IS HEREBY, ORDERED, ADJUDGED AND DECREED that this matter is **dismissed without prejudice** as to the refiling of the same.

ENTERED this  3rd  day of  October , 2005.

_____
JAMES D. TODD
U.S. DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on  10/4/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 1:05-CV-01237 was distributed by fax, mail, or direct printing on October 4, 2005 to the parties listed.

---

Timothy R. Burrus
CLERK & MASTER
1 E. Court Square
Room 103
Camden, TN 38320

David A. Thornton
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Terry J. Leonard
LAW OFFICES OF TERRY J. LEONARD
100 South Forrest Ave.
P.O. Box 130
Camden, TN 38320

Honorable James Todd
US DISTRICT COURT