

# United States District Court
WESTERN DISTRICT OF TENNESSEE
Eastern Division

## JUDGMENT IN A CIVIL CASE

DEE GREGORY, ADMINISTRATOR
OF THE ESTATE OF DENVER DENNIS
GREGORY, DECEASED

v.

CIGNA GROUP INSURANCE, a foreign,　　　CASE NUMBER:  1:05-1237-T/An
insurance company, qualified to do
business in the State of Tennessee,

**Decision by Court.** This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

　　　IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 10/3/2005, the Defendant's Motion to Dismiss is GRANTED and this case is hereby DISMISSED WITHOUT PREJUDICE.


APPROVED:

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

　　　　　　　　　　　　　　　　　　THOMAS M. GOULD
　　　　　　　　　　　　　　　　　　CLERK

10/5/05　　　　　　　　　BY: _____
DATE　　　　　　　　　　　　　　　　DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on   10-06-05  .

(7)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 1:05-CV-01237 was distributed by fax, mail, or direct printing on October 6, 2005 to the parties listed.

---

Timothy R. Burrus
CLERK & MASTER
1 E. Court Square
Room 103
Camden, TN 38320

Terry J. Leonard
LAW OFFICES OF TERRY J. LEONARD
100 South Forrest Ave.
P.O. Box 130
Camden, TN 38320

David A. Thornton
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT